FILED IN
COURT OF CRIMINAL APPEALS

February 26, 2015

ABEL ACOSTA, CLERK

PD-0206-15

PD-

PD-0206-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/20/2015 1:01:33 PM
Accepted 2/26/2015 8:50:55 AM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| JAMIE ALBERTO IBARRA | X | IN THE COURT OF CRIMINAL APPEALS |
| | X | |
| | X | |
| VS. | X | |
| | X | |
| | X | |
| THE STATE OF TEXAS | X | OF THE STATE OF TEXAS |

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW, JAMIE ALBERTO IBARRA, Appellant, and moves for an extension of thirty (30) days in which to file his Petition for Discretionary Review, until and including March 23, 2015, and would further show as follows:

A.    On January 22, 2015, in cause number 14-13-00337-CR, styled "Jamie Alberto Ibarra vs. The State of Texas," the Fourteenth Court of Appeals affirmed the Appellant's conviction for aggravated assault on a public servant. No motion for rehearing was filed.

B.    The deadline for filing the Petition for Discretionary Review in this cause is currently Monday, February 23, 2015.

C.    A request is hereby made for an extension of time to file the Appellant's Brief, until and including March 23, 2015.

D.    The undersigned attorney, Bob Wicoff, has been unusually busy with other matters which have kept him from completing the PDR by the current deadline, including, but not limited to, the following:

FEANYICHI UVUKANSI VS. THE STATE OF TEXAS; No. 01-14-00527-CR; Appellant's brief due March 6, 2015 (capital murder);

MARCUS BORTLE VS. THE STATE OF TEXAS; No. 01-14-00978-CR; Appellant's brief was due February 19, 2015;

GRISELDA AZA VS. THE STATE OF TEXAS; Nos. 14-14-00241-CR and 14-14-00242-CR; Appellant's brief due February 25, 2015;

NORMA SANCHEZ VS. THE STATE OF TEXAS; No. 01-14-00978-CR; Appellant's brief due February 27, 2015;

Additionally, the undersigned serves on the Texas Forensic Science Commission Hair Microscopy Panel, as part of a team reviewing hundreds of cases involving possible errors in expert testimony. The undersigned also has ongoing administrative duties in his position as chief of the appellate division of the Harris County Public Defender's Office.

D. No previous extensions have been requested. If this extension request is granted, no further extensions are expected to be needed.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Bob Wicoff
**BOB WICOFF**
1201 Franklin, Thirteenth Floor
Houston Texas 77002
(713) 274-6781
TBA No. 21422700
Bob.wicoff@pdo.hctx.net

**CERTIFICATE OF SERVICE**

A true copy of this motion has been served electronically on the Harris County District Attorney's Office Appellate Division on the 20th day of February, 2015.

/s/ Bob Wicoff
**BOB WICOFF**